**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>CYNTHIA ANN WALSH,<br>Defendant | NO. 5: 07-MJ-01-07 (CWH)<br><br>REMOVAL PROCEEDINGS<br>FROM THE DISTRICT OF MONTANA<br>Case No. CR-06-15-BU-DWM |

## ORDER OF REMOVAL

The above-named defendant is charged in an INDICTMENT with violation of 21 U.S.C. §846, alleged to have been committed in the DISTRICT OF MONTANA.

**Brief Description of Charge:**

CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE

After a hearing under provisions of Rules 5/40 of the Federal Rules of Criminal Procedure, the undersigned finds that the IDENTITY of said defendant has been admitted by the defendant.

The court further finds that conditions for the release of this defendant can be set by the court to insure her appearance in the district of prosecution; a separate Order of Release has this day been entered by the court.

ACCORDINGLY, SUBJECT TO THE ABILITY OF THE DEFENDANT TO SATISFY THE CONDITIONS OF RELEASE IMPOSED HEREIN, the defendant is ordered REMOVED to the district of prosecution, and the United States Marshal (or such other authorized agency) is COMMANDED to take custody of the defendant and transport her with a certified copy of this commitment forthwith to the district of offense specified above and there deliver the defendant to the United States Marshal for that district or to some other officer authorized to receive her, all proceedings required by Rule 5/40 of the Federal Rules of Criminal Procedure having been completed.

SO ORDERED AND DIRECTED, this 12th day of JANUARY, 2007.

*/s/ Claude W. Hicks, Jr.*

**CLAUDE W. HICKS, JR.**
**UNITED STATES MAGISTRATE JUDGE**